ACCEPTED
14-15-00443-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 11:29:41 AM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00443-CV

IN THE

FOURTEENTH COURT OF APPEALS OF TEXAS

AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 11:29:41 AM
CHRISTOPHER A. PRINE
Clerk

JIM-DANIELS NNAH,

*Appellant*

v.

125 INTERESTS, INC., 6219 INTERESTS, LTD. N/K/A 5600 INTERESTS,

LTD. and DAVID NEAL GREENBERG,

*Appellees*

NOTICE OF APPEARANCE OF LEAD COUNSEL

FOR APPELLEES

Tanya N. Garrison
State Bar No. 24027180
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
email: tgarrison@wkpz.com
Telephone: 713-961-9045
Facsimile: 713-961-5341

Attorney for Appellees

{GRE067/00002/1104636.DOCX;1/LKO }

1

**NOTICE OF APPEARANCE OF LEAD COUNSEL**
**FOR APPELLEES**

PLEASE TAKE NOTICE that TANYA N. GARRISON of WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as lead counsel for 125 INTERESTS, INC., 6219 INTERESTS, LTD. N/K/A 5600 INTERESTS, LTD. and DAVID NEAL GREENBERG, Appellees and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein, and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following address:

Tanya N. Garrison
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
email: tgarrison@wkpz.com
Telephone: 713-961-9045
Facsimile: 713-961-5341


Dated October 20, 2015   Respectfully submitted,

           WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

           By: */S/ Tanya N. Garrison*
            TANYA N. GARRISON
            State Bar No. 24027180
            11 Greenway Plaza, Suite 1400
            Houston, Texas 77046
            email: tgarrison@wkpz.com
            Telephone: 713-961-9045
            Facsimile: 713-961-5341

           ATTORNEY FOR APPELLEES

{GRE067/00002/1104636.DOCX;1/LKO }

## CERTIFICATE OF SERVICE

On October 20, 2015, I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been forwarded to all registered ECF users who have appeared in this case.

*/S/ Tanya N. Garrison*
TANYA N. GARRISON